M.D. Appeal Dkt.

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :     No. 351 MAL 2020

           Respondent                 :

                               :     Petition for Allowance of Appeal
                               :     from the Order of the Superior Court

        v.                       :

                               :

SHERON JALEN PURNELL,             :

                               :

           Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of December, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issues as stated by petitioner are:

(1) Did the Superior Court err in affirming the trial court's decision to permit a dog to accompany a testifying witness?

(2) Mindful of the rights of the accused, should a showing of need for special accommodation be required prior to its allowance?